(77 South. 763)

Ex parte BARBOUR PLUMBING, HEATING & ELECTRIC CO. (6 Div. 725.)

(Supreme Court of Alabama. Jan. 24, 1918.)

Certiorari to Court of Appeals.

Action by I. C. Ewing against the Barbour Plumbing, Heating & Electric Company. On application of defendant for writ of certiorari to review judgment of the Court of Appeals (77 South. 430) affirming judgment for plaintiff. Writ denied.

Joel F. Webb, of Birmingham, for appellant. Leader & Ewing, of Birmingham, for appellee.

THOMAS, J. Application of the Barbour Plumbing, Heating & Electric Company, for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of Barbour, P., H. & E. Co. v. I. C. Ewing, 77 South. 430. Writ denied.